ject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52810.**—Graf Fur Co. *v.* United States, protests 134862–K/1414, etc. (Chicago).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52811.**—M. Kowlowitz *v.* United States, protest 137947–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52812.**—Max Seidman *v.* United States, protest 140412–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52813.**—Eugene Gray *v.* United States, protest 141057–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52814.**—S. Farber & Sons et al. *v.* United States, protests 142814–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52815.**—Max Seidman et al. *v.* United States, protests 143124–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52816.**—Loewengart & Co., Inc., et al. *v.* United States, protests 131077–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 13, 1949

**No. 52817.**—Consumers Import Co. et al. *v.* United States, protests 780884–G, etc. (Philadelphia, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52818.**—S. S. Pierce Co. et al. *v.* United States, protests 49993–K, etc. (Boston and Los Angeles).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52819.**—L. Solomon & Son, Inc. *v.* United States, petition 6678–R (New York).

Opinion by CLINE, J. After a careful consideration of the evidence, the court was of opinion that the petitioner acted without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 52820.**—Peat Products Corp. et al. *v.* United States, protests 82568–K, etc. (Detroit and Philadelphia).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JANUARY 12, 1949

**No. 52821.**—W. T. Grant Co., Inc. *v.* United States, protests 911318–G and 941871–G.—            —Abstract 52706. (Initial No. 95452–K.) Plaintiff's application for rehearing granted.